EDWARD P. GALLAGHER, TRADING AS THE PUB, AND ANN GUNSIOROWSKI, PLAINTIFFS-RESPONDENTS. v. CITY OF BAYONNE, A MUNICIPAL CORPORATION, AND HUGH E. GREENAN, DIRECTOR OF PUBLIC SAFETY OF THE CITY OF BAYONNE, DEFENDANTS-APPELLANTS.

Argued December 1, 1969—Decided December 18, 1969.

*Mr. James P. Dugan* argued the cause for the appellants.

*Mr. Patrick D. Conaghan* argued the cause for the respondents (*Messrs. Russell & Conaghan,* attorneys).

*Mr. Stephen Skillman,* Deputy Attorney General, argued the cause for the Division of Alcoholic Beverage Control, amicus curiae (*Mr. Arthur J. Sills,* Attorney General, attorney).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed in the opinion of Judge Collester in the Appellate Division, 106 *N. J. Super.* 401. We have considered the proffer of proof made on behalf of the defendants. It is our view that the offer made could not affect the result.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal* — NONE.